# CRIMINAL COMPLAINT
(Electronically Submitted)

**United States District Court**

DISTRICT of ARIZONA

United States of America
v.
**Juan Carlos Gaxiola-Arredondo**
YOB: 1986; Citizen of Mexico

DOCKET NO.

MAGISTRATE'S CASE NO.
**20-04779MJ**

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 31, 2020, at or near Arivaca, in the District of Arizona, **Juan Carlos Gaxiola-Arredondo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on June 13, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Juan Carlos Gaxiola-Arredondo** is a citizen of Mexico. On June 13, 2017, **Juan Carlos Gaxiola-Arredondo** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On July 31, 2020, agents found **Juan Carlos Gaxiola-Arredondo** in the United States at or near Arivaca, Arizona, without the proper immigration documents. **Juan Carlos Gaxiola-Arredondo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
  Being duly sworn, I declare that the foregoing is
LMG2/AJC
AUTHORIZED AUSA /s/Liza Granoff

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Andrew J. Carpenter

Sworn by telephone _x_

SIGNATURE OF MAGISTRATE JUDGE¹⁾

DATE
August 3, 2020

¹⁾ See Federal rules of Criminal Procedure Rules 3, 4.1, and 54